| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| NEAL R. MARDER (SBN 126879) <br> ANDREW S. JICK (SBN 278943) <br> KELLY A. HANDSCHUMACHER (SBN 314427) <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> 1999 Avenue of the Stars, Suite 600 <br> Los Angeles, CA 90067 <br> Telephone: 310-229-1000 <br> Facsimile: 310-229-1001 | |
| ATTORNEY(S) FOR: McDonald's USA, LLC | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL BLEDSOE, individually and on behalf of all others similarly situated <br><br> Plaintiff(s), <br> v. <br> MCDONALD'S USA, LLC; and DOES 1 – 10, inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____McDonald's USA, LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Paul Bledsoe | Plaintiff |
| McDonald's USA, LLC | Defendant |
| McDonald's Corporation | McDonald's USA, LLC is a wholly-owned subsidiary of McDonald's Corporation, a publicly traded Delaware corporation |

| | |
|---|---|
| November 1, 2018 | /s/ Neal R. Marder |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

McDonald's USA, LLC