JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BLEDSOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MCDONALD'S USA, LLC<br><br>Defendant. | Case No.<br><br>2:18-cv-09354-JFW-GJS<br><br>**Order to dismiss** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Date: February 26, 2019

Honorable Judge of the District Court